CHIRON CORPORATION,
Plaintiff–Appellant,

v.

SOURCECF, INC., Sourcecf Clinical Research & Development, LLC, Maxor National Pharmacy Services Corporation (doing business as IV Solutions), Foundation Care, LLC, and Pharmaceutical Specialties, Inc., Defendants–Appellees.

No. 2006–1590.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

THIRD WAVE TECHNOLOGIES, INC., Plaintiff–Appellee,

v.

STRATAGENE CORPORATION,
Defendant–Appellant.

No. 2006–1209, 2006–1301, 2006–1369.

United States Court of Appeals,
Federal Circuit.

Jan. 30, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

SMITH & NEPHEW, INC. and John O. Hayhurst, M.D., Plaintiffs–Appellees,

v.

BIOMET, INC. and Arthrotek, Inc.,
Defendants–Appellants.

No. 06–1149.

United States Court of Appeals,
Federal Circuit.

Jan. 31, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).